**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY NORWOOD, an individual<br><br>                    Plaintiff,<br><br>       v.<br><br>AIRGAS USA, LLC; a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 2:26-CV-00524-SVW-DS<br><br>~~[PROPOSED]~~ **ORDER FOR ENTRY OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Action Filed:    December 12, 2025 |

1

326017061v.1

**[PROPOSED] ORDER**

Based on the parties' Stipulation for Entry of Dismissal of Entire Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing,

**IT IS ORDERED:**

1. The above-captioned action shall be dismissed with prejudice as to all claims and defendants; and

2. Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: May 20, 2026

_____
Hon. Stephen V. Wilson
U.S. District Court Judge

[PROPOSED] ORDER FOR ENTRY OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)

326017061v.1